ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG - 9 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

Clayton Johnson  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
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Mr. Joseph Perry
Ms. Anita T. Chinnapati
Individual Capacity

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-------------------------------------------------x

CV10-3701

JURY TRIAL DEMAND
YES ✓   NO ____

DEARIE, CH. J.

BLOOM, M.J.



RECEIVED
AUG 09 2010
PRO SE OFFICE

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes ( )  No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs: _____

           Defendants: _____

        2. Court (if federal court, name the district;
           if state court, name the county) _____

        3. Docket Number: _____

4. Name of the Judge to whom case was assigned: N/A

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: G.R.V.C. 09-09 A.M.C.K. 18-18 Hazen St, E. Elmhurst, N.Y.

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

   F. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff CLAYTON JOHNSON

Address 09-09 18-18 HAZEN St. E. Elmhurst N.y. 11730

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  MR. JOSEPH TERRY Det. 3 Shield # 4929
70th Pct, 154 LAWRENCE Ave
Brooklyn N.y. 11230

Defendant No. 2  A.D.A. Anita T. Channapati
350 Jay Street
Brooklyn N.y. 11201

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8½ by 11 sheets of paper as necessary.)

On the date of February 23 2009. I Clinton Johnson who arrested on an Arrest Warrant for violating Parole. This warrant was issued January 8 2009. On the day of arrest (2-23-09) officer Joseph Perry and D.A. ANITA T. CHANNAPATI interrogated me without me having any counsel present which I have learned is a violation of "SAMUELS Rule". People v. Samuels 421 Nys 2d 892 (1980). And also a violation of My Civil & Constitutional Rights. Furthermore Samuels rule. Goes on to state that once proceedings have formally commenced by the filing of an accusatory instrument or an arrest warrant - this bars the police from questioning defendant in the absence of counsel. And that the waiver of Miranda rights cannot be made without the assistance of counsel. The right to counsel attaches & Cannot be waived except in Counsel's presence.

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

If I prevail on my complaint I will be seeking $1,000,000,000. for the pain & suffering and also mental anguish what I have been through while being detained on Rickers Island for the past two years. Due to my rights being violated by said defendants.

Money Damages.

I declare under penalty of perjury that on  July 27, 2010 , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this  27th  day of  July , 20 10 . I declare under penalty of perjury that the foregoing is true and correct.

Clayton Johnson
Signature of Plaintiff

A.M.K.C. / G.R.V.C.
Name of Prison Facility

09-09
18-18 Hazen St
E. Elmhurst N.Y. 11730
Address

141-09-03051
Prisoner ID#